## LOUIS CONWAY COLLINS *v.* HIROSHI SHISHIDO.

### No. 4294.

August 27, 1965.

TSUKIYAMA, C. J., CASSIDY, WIRTZ,
LEWIS AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Mizuha, J. having dissented from the majority in the original opinion does not concur.

*Ralph E. Corey* (*Clark & Corey* of counsel) for the petition.

## HAZEL G. COOPER *v.* STEPHEN SAWYER AND HARRIET B. SAWYER.

### No. 4386.

August 27, 1965.

TSUKIYAMA, C. J., CASSIDY, WIRTZ,
LEWIS AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*Harriet Bouslog* (*Bouslog & Symonds*) for the petition.